[No. 70624-1-I.   Division One.   August 25, 2014.]

*In the Matter of the Dependency of* S.B.-L.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. KEVIN LOUCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02382-4, Hollis R. Hill, J., entered July 3, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 70767-1-I.   Division One.   August 25, 2014.]

TWYLA KILL ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-07790-8, Ken Schubert, J., entered June 24, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 70810-4-I.   Division One.   August 25, 2014.]

NEW CINGULAR WIRELESS PCS LLC, *Respondent*, v. THE CITY OF BOTHELL, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-15031-1, Jeffrey M. Ramsdell, J., entered August 2, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Cox, J.